

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| ARMANDINA CORONADO SALAZAR, | § | No. 08-23-00298-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 83rd Judicial District Court |
| DANIEL PENA, | § | of Val Verde County, Texas |
| Appellee. | § | (TC# 33874) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF OCTOBER 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.